UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES,

                                                                           S5 15-cr-379 (PKC)

      -against-

                                                                           ORDER

OTTO SALGUERO MORALES and RONALD
SALGUERO PORTILLO,

                              Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The bail hearing for defendant, Ronald Salguero Portillo, is rescheduled from July 9, 2020 to July 6, 2020 at 11:00 a.m.  Public access instructions for this proceeding will be posted on the docket when they become available.

        SO ORDERED.

                                                      P. Kevin Castel
                                                United States District Judge

Dated:  New York, New York
        June 24, 2020