UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                                         S5 15-cr-379 (PKC)

       -against-

                                                                                        <u>ORDER</u>

RONALD SALGUERO PORTILLO,

                   Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The conference previously scheduled for October 8, 2020 is adjourned to November 4, 2020 at 10:00 a.m. in Courtroom 11D at 500 Pearl Street.  Michael Gilbert, a member of the CJA panel, shall appear at the conference.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is needed to facilitate substitution of new counsel for Ronald Salguero Portillo and to accommodate the restricted schedule due to COVID.  Accordingly, the time between today and November 4, 2020 is excluded.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       October 6, 2020

- 2 -