# DAVID ZAPP

46 EAST 92nd STREET • SUITE 2 • NEW YORK, NEW YORK 10128

917 414-4651

davidzapp@aol.com-

## ATTORNEY

NEW YORK, DISTRICT OF COLUMBIA, BARS

August 23, 2022

Hon. P. Kevin Castel
US District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>US v. Ronald Enrique Salguero Portillo</u>
      15-CR-00379

Dear Judge Castel,

Pursuant to Your Honor's direction during the status conference on August 17, 2022, I am advising this Court that I will stand on the motions filed by prior counsel on behalf of defendant Ronald Enrique Salguero Portillo.

Faithfully yours,

/s/David Zapp
Attorney for Ronald Enrique Salguero Portillo


CC: AUSA Kaylan Lasky